[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
December 17, 2008
THOMAS K. KAHN
CLERK

_____

Nos. 06-16555 & 07-13681

_____

D. C. Docket No. 00-02046-CV-JEC-1

INYANG PETER ODUOK,

                                                          Plaintiff-Appellant,

versus

JOHN FERRO,
Individual and in his official capacity as
Police Officer,
PETER JONES,
Individual and in his official capacity as
Police Officer,

                                                          Defendants-Appellees.

_____

Appeals from the United States District Court
for the Northern District of Georgia

_____

**(December 17, 2008)**

Before WILSON and COX, Circuit Judges, and FAWSETT,[*] District Judge.

PER CURIAM:

Inyang Peter Oduok, proceeding *pro se*, appeals a jury verdict in favor of two Cobb County police officers, John Ferro and Peter Jones, related to his Fourth Amendment excessive force claim under 42 U.S.C. § 1983.

Oduok argues the following on appeal: (1) that the verdict was against the weight of the evidence; (2) that the district court erred by failing to grant Oduok's pretrial motion seeking recusal of the district court judge; (3) that the district court erred by permitting his private counsel to withdraw and refusing to appoint new counsel; (4) that the district court abused its discretion when it required Oduok to pre-submit the questions for his direct examination of witnesses; (5) that the district court erred by refusing to issue Oduok blank, signed subpoenas for various witnesses; (6) that the district court erred by failing to impose sanctions against the police officers for tampering with evidence; (7) that the district court erred by failing to appoint an interpreter to accommodate Oduok's hearing impairment; (8) that the district court erred by permitting a police baton as demonstrative evidence; (9) that the district court erred by admitting the prejudicial testimony of Oduok's ex-wife in violation of the marital privilege; (10) that the district court erred by

---

[*]Honorable Patricia C. Fawsett, United States District Judge for the Middle District of Florida, sitting by designation.

allowing defense counsel to discuss certain evidence in its closing argument; (11) that the district court erred in its comments to the jury explaining Oduok's *pro se* status and in its final jury instructions as to the law; (12) that the district court erred in denying Oduok's motion for mistrial or a new trial due to misconduct by defense attorneys and procedural irregularities; (13) that the district court erred in not admitting the nolle pros of criminal charges into evidence; (14) that the district court erred in refusing to allow the jury to view the videotape of Officer Ferro's cruiser; (15) that the district court erred in permitting the amendment of the pretrial order to include photographs depicting the scene of the incident; and (16) that Oduok was denied a fair trial because of other procedural irregularities.

## CONCLUSION

After carefully considering the record and the parties' briefs, and with the benefit of oral argument, we find that Oduok's arguments are without merit.

Accordingly, we affirm.

**AFFIRMED**.